IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


JEREMY ROTHE-KUSHEL,                       )
Lawrence, Kansas,                          )
                                           )
                       Plaintiff,          )
                                           )
v.                                         )      Case No.  4:18-cv-319-BP
                                           )
JEWISH COMMUNITY FOUNDATION                )
UnOF GREATER KANSAS CITY, et al.,          )
                                           )
                       Defendants.         )


**MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE TO ALL PENDING
MOTIONS TO DISMISS, TO EXCEED PAGE LIMIT, AND
FOR AN EXTENSION OF FOUR DAYS TO FILE RESPONSE**

COMES NOW Plaintiff Jeremy Rothe-Kushel, by counsel, with the consent of

Defendants Jewish Community Foundation of Greater Kansas City, Lauren Hoopes, Joshua

Stein, and Kim Rausch[1], and hereby moves for leave to file a consolidated response to all

pending motions to dismiss, to exceed the customary page limit, and for an extension of time

to and including Friday, August 10, 2018, within which to respond to the five motions to

dismiss filed by those defendants and now pending before the Court.  As explained in the

suggestions in support of this motion, filed herewith and herein incorporated by reference,

there are good reasons to grant the requested relief and, accordingly, Plaintiff's motion

should be granted.

---

[1]Undersigned counsel for Plaintiff also sought the consent of Defendant Blair
Hawkins, but as of the time of filing this motion, has not received a response.

Respectfully submitted,

ARTHUR BENSON & ASSOCIATES


By  s/ Jamie Kathryn Lansford
Arthur A. Benson II  Mo. Bar No. 21107
Jamie Kathryn Lansford  Mo. Bar No. 31133
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

and

LAW OFFICE OF FRED SLOUGH


By  s/ Fred L. Slough
Fred L. Slough   #23915
2800 City Center Square, 1100 Main Street
Kansas City, Missouri  64105
(816) 309-2644
(816) 472-6009 (telefacsimile)
fred@fredslough.com

Attorneys for Plaintiff Rothe-Kushel


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed on and served via the Court's electronic filing system on counsel listed below this ___3rd___ day of August, 2018:

Diane Peters  Mo. Bar. No. 54784
Whitney Fay  Mo. Bar. No. 68061
Assistant Attorneys General
Joshua D. Hawley, Attorney General of Missouri
615 E. 13th Street, Suite 401
Kansas City, Missouri  641`06
(816) 889-5000

2

(816) 889-4006 (telefacsimile)
Diane.Peters@ago.mo.gov
Whitney.Fay@ago.mo.gov

Attorneys for Defendants Leland Shurin, Nathan Garrett,
Mark Tolbert, Don Wagner, Mayor Sylvester James,
Chief Richard Smith, Michael Satter, Brent Parsons,
and Michael Curley

and

John Schultz  Mo Bar No. 34711
Jacqueline Cook  Mo Bar No. 36389
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, Missouri  64114
(816) 421-7100
(816) 421-7915 (telefacsimile)
jschultz@fsmlawfirm.com
jcook@fsmlawfirm.com

Attorney for Defendant Kim Rausch

and

Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742
Michael P. Schaefer  Mo. Bar No. 59308
Schlee & McCarthy, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri  64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City, Lauren Hoopes,
and Joshua Stein

and

3

James C. Morrow   Mo. Bar No. 32658
Claudio E. Molteni  Mo. Bar No. 38671
Morrow Willnauer Church LLC
8330 Ward Parkway, Suite 300
Kansas City, Missouri  64114
(816) 382-1382
(816) 382-1383 (telefacsimile)
jmorrow@mwcattorneys.com
cmolteni@mwcattorneys.com

Attorney for Blair Hawkins


 s/ Jamie Kathryn Lansford
Attorney for Plaintiff Jeremy Rothe-Kushel