IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEREMY ROTHE-KUSHEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-319-BP |
| ) | |
| JEWISH COMMUNITY FOUNDATION ) | |
| OF GREATER KANSAS CITY, et al., ) | |
| ) | |
| Defendants. ) | |

**AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Jeremy Rothe-Kushel, by counsel, and as permitted by FED. R. CIV. P. 15(a)(2) hereby moves this Court for its Order granting him leave to file his First Amended Complaint. Plaintiff's proposed First Amended Complaint does not add any new claims. It does, however, add allegations of fact that support existing claims that result from evidence gathered during the discovery conducted to date. That evidence supports adding two new parties as to certain claims. Evidence gathered during discovery also supports again lodging claims against two parties that were previously dismissed. The proposed amended complaint also drops Defendant Sergeant Michael Satter as a party as to all claims.[1]

In support of this motion, Plaintiff refers the Court to his Suggestions in Support of Amended Motion for Leave to File First Amended Complaint, fled contemporaneously and

---

[1]Satter's counsel has consented to the dismissal of claims against Satter and it is anticipated that a Stipulation to Dismissal of Defendant Satter will be filed on February 27 or 28, 2019.

incorporated herein by this reference.  A copy of the proposed First Amended Complaint is submitted as Exhibit 1 hereto.

>
> Respectfully submitted,
>
> LAW OFFICE OF ARTHUR BENSON II
>
> By  s/ Jamie Kathryn Lansford
> Arthur A. Benson II  Mo. Bar No. 21107
> Jamie Kathryn Lansford  Mo. Bar No. 31133
> 4006 Central Avenue
> Kansas City, Missouri 64111
> (816) 531-6565
> abenson@bensonlaw.com
> jlansford@bensonlaw.com
>
> and
>
> LAW OFFICE OF FRED SLOUGH
>
> By   s/ Fred L. Slough
> Fred L. Slough   #23915
> 2800 City Center Square, 1100 Main Street
> Kansas City, Missouri  64105
> (816) 309-2644
> (816) 472-6009 (telefacsimile)
> fred@fredslough.com
>
> Attorneys for Plaintiff Rothe-Kushel

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed and served via the Court's electronic filing system on counsel listed below and to Ms. Cook via electronic mail this  26th   day of February, 2019:

Nicolas Taulbee
Assistant Attorney General
Joshua D. Hawley, Attorney General of Missouri

2

615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
(816) 889-5000
(816) 889-4006 (telefacsimile)
nicolas.taulbee@ago.mo.gov

Attorneys for Defendants Leland Shurin, Nathan Garrett,
Mark Tolbert, Don Wagner, Mayor Sylvester James,
Chief Richard Smith, Michael Satter, Brent Parsons,
and Michael Curley

and

Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742
Michael P. Schaefer  Mo. Bar No. 59308
Schlee & McCarthy, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri 64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City

and

Alan L. Rupe   Mo. Bar No. 56013
Jessica L. Skladzien  Mo. Bar No. 71362
Lewis Brisbois Bisgaard & Smith, LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
(316) 609-7901
(316) 462 5746
alan.rupe@lewisbrisbois.com

Attorney for Blair Hawkins

and

Jacqueline Cook Mo. Bar No. 36389
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (telefacsimile)
jcook@fsmlawfirm.com

                                              s/ Jamie Kathryn Lansford
                                              Attorney for Plaintiff Jeremy Rothe-Kushel

4

Case 4:18-cv-00319-BP   Document 131   Filed 02/26/19   Page 4 of 4