IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEREMY ROTHE-KUSHEL,<br>Lawrence, Kansas,<br><br>               Plaintiff,<br><br>v.<br><br>JEWISH COMMUNITY FOUNDATION<br>OF GREATER KANSAS CITY, et al.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:18-cv-319-BP<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO BLAIR HAWKINS' MOTION TO QUASH SUBPOENA**

    COMES NOW Plaintiff Jeremy Rothe-Kushel, by counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent of Movant (former Defendant) Blair Hawkins and hereby moves for an extension of time to and including July 31, 2019, within which to respond to Hawkins' Motion to Quash. As explained in the suggestions in support of this motion which are herein incorporated by reference, good cause exists for the extension, and, accordingly, Plaintiff's motion should be granted.

                                                             Respectfully submitted,

                                                             LAW OFFICE OF ARTHUR BENSON II

                                                             By  s/ Jamie Kathryn Lansford
                                                             Arthur A. Benson II  Mo. Bar No. 21107
                                                             Jamie Kathryn Lansford  Mo. Bar No. 31133
                                                             4006 Central Avenue
                                                            Kansas City, Missouri 64111
                                                           (816) 531-6565

abenson@bensonlaw.com
jlansford@bensonlaw.com

and

LAW OFFICE OF FRED SLOUGH

By  s/ Fred L. Slough
Fred L. Slough   #23915
2800 City Center Square, 1100 Main Street
Kansas City, Missouri  64105
(816) 309-2644
(816) 472-6009 (telefacsimile)
fred@fredslough.com

Attorneys for Plaintiff Rothe-Kushel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed and served via the Court's electronic filing system on counsel for Defendants listed below, and via electronic mail on Mr. Rupe, this  25th  day of July, 2019:

Nicolas Taulbee
Assistant Attorney General
Office of Missouri Attorney General
Eric Schmitt
615 E. 13th Street, Suite 401
Kansas City, Missouri  64106
(816) 889-5000
(816) 889-4006 (telefacsimile)
nicolas.taulbee@ago.mo.gov

Attorneys for Defendants Leland Shurin, Nathan Garrett,
Mark Tolbert, Don Wagner, Mayor Sylvester James,
Chief Richard Smith, Michael Satter, Brent Parsons,
and Michael Curley

and

Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742

2

Michael P. Schaefer  Mo. Bar No. 59308
Schlee & McCarthy, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri  64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City,
Lauren Hoopes, and Joshua Stein

and

Alan L. Rupe   Mo. Bar No. 56013
Lewis Brisbois Bisgaard & Smith, LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas  67206
(316) 609-7901
(316) 462 5746
alan.rupe@lewisbrisbois.com

Attorney for Blair Hawkins

                                                     s/ Jamie Kathryn Lansford
                                                     Attorney for Plaintiff Jeremy Rothe-Kushel