IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEREMY ROTHE-KUSHEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-319-BP |
| | ) |
| JEWISH COMMUNITY FOUNDATION | ) |
| OF GREATER KANSAS CITY, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL OF DEFENDANT HAWKINS WITH PREJUDICE**

COME NOW Plaintiff and Defendant Blair Hawkins and, upon a resolution of the claims against Defendant Hawkins, stipulate that the Court may order dismissal of Defendant Hawkins, with prejudice, with each party to bear its own costs.

Respectfully submitted,

LAW OFFICE OF ARTHUR BENSON II

By s/ Jamie Kathryn Lansford
Arthur A. Benson II  Mo. Bar No. 21107
Jamie Kathryn Lansford  Mo. Bar No. 31133
4006 Central Avenue
(816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

and

4846-8431-5806.1

LAW OFFICE OF FRED SLOUGH

By  s/ Fred L. Slough
Fred L. Slough   #23915
2800 City Center Square, 1100 Main Street
Kansas City, Missouri  64105
(816) 309-2644
(816) 472-6009 (telefacsimile)
fred@fredslough.com

Attorneys for Plaintiff Rothe-Kushel

and

/s/Alan L. Rupe (with permission)
Alan L. Rupe, MO #56013
Kevin E. Miller, MO #71338
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4250
Facsimile:  (816) 299-4245
alan.rupe@lewisbrisbois.com
kevin.miller@lewisbrisbois.com

*Attorneys for Blair Hawkins*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed on and served via the Court's electronic filing system on counsel listed below this 14th day of August, 2019:

Nicolas Taulbee Mo. Bar No. 61065
Assistant Attorneys General
Joshua D. Hawley, Attorney General of Missouri
615 E. 13th Street, Suite 401
Kansas City, Missouri  64106
(816) 889-5000
(816) 889-5006 (telefacsimile)
nicolas.taulbee@ago.mo.gov

Attorneys for Defendants Leland Shurin, Nathan Garrett,
Mark Tolbert, Don Wagner, Mayor Sylvester James,

Chief Richard Smith, Brent Parsons,
and Michael Curley

and

Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742
Michael P. Schaefer  Mo. Bar No. 59308
Schlee & McCarthy, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri  64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City, Lauren Hoopes,
and Joshua Stein

                         /s/  Fred Slough
                         Attorney for Plaintiff Jeremy Rothe-Kushel

4846-8431-5806.1