IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEREMY ROTHE-KUSHEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-319-BP |
| | ) |
| JEWISH COMMUNITY FOUNDATION | ) |
| OF GREATER KANSAS CITY, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISSAL WITH PREJUDICE**

Plaintiff Jeremy Rothe-Kushel and Defendant Jewish Community Foundation of Greater Kansas City, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all claims against Defendant Jewish Community Foundation of Greater Kansas City, with prejudice. The parties further stipulate that each will bear their own costs and expenses incurred in the prosecution and/or defense of this matter, and neither will make a claim for a fee award against the other.

Respectfully submitted,

LAW OFFICE OF ARTHUR BENSON II

By s/ Jamie Kathryn Lansford
Arthur A. Benson II  Mo. Bar No. 21107
Jamie Kathryn Lansford  Mo. Bar No. 31133
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com

jlansford@bensonlaw.com

and

LAW OFFICE OF FRED SLOUGH


By  s/ Fred L. Slough
Fred L. Slough   Mo. Bar No. 23915
2800 City Center Square, 1100 Main Street
Kansas City, Missouri  64105
(816) 309-2644
(816) 472-6009 (telefacsimile)
fred@fredslough.com

Attorneys for Plaintiff Rothe-Kushel

and

SCHLEE & MCCARTHY, P.C.


By  s/ Louis A. Huber III
Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742
Michael P. Schaefer  Mo. Bar No. 59308
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri  64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed and served via the Court's electronic filing system on counsel listed below this   6th   day of January, 2020:

Nicolas Taulbee
Assistant Attorney General
Office of Missouri Attorney General
Eric Schmitt
615 E. 13th Street, Suite 401
Kansas City, Missouri  64106
(816) 889-5000
(816) 889-4006 (telefacsimile)
nicolas.taulbee@ago.mo.gov

Attorneys for Defendant Parsons

and

Louis A. Huber III  Mo. Bar No. 28447
Daniel R. Young  Mo. Bar No. 34742
Michael P. Schaefer  Mo. Bar No. 59308
Schlee & McCarthy, P.C.
4050 Pennsylvania, Suite 300
P.O. Box 32430 (zip: 64171-54630)
Kansas City, Missouri  64111
(816) 931-3500
(816) 931-3553 (telefacsimile)
lhuber@schleelaw.com
dyoung@schleelaw.com
mschaefer@schleelaw.com

Attorneys for Defendants Jewish Community
Foundation of Greater Kansas City

                         s/ Jamie Kathryn Lansford
                         Attorney for Plaintiff Jeremy Rothe-Kushel

3