# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY ROTHE-KUSHEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 18-00319-CV-W-BP |
| | ) | |
| JEWISH COMMUNITY FOUNDATION | ) | |
| OF GREATER KANSAS CITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Itemization of Costs

Defendant Brent Parsons provides this itemization of the costs incurred for *Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case*:

1. Transcript for the deposition of Greg McCarron on July 26, 2019 - $633.20 (*See* Invoice attached as Exhibit A).

2. Transcripts for the depositions of Leslie Case and Ritchie Moman on September 20, 2019 - $647.40 (*See* Invoice attached as Exhibit B).

3. Transcript for the deposition of Deputy Chief Mark Francisco on October 30, 2019 - $98.70 (*See* Invoice attached as Exhibit C).

4. Transcripts for the depositions of Bethany Rowell, Vicky Patterson and Carrie Coogan on September 18, 2019 - $836.45 (*See* Invoice attached as Exhibit D).

1

5. Transcript for the deposition of Alex Burden on January 10, 2019 - $374.00 (*See* Invoice attached as Exhibit E).

6. Transcripts for the depositions of Irvin Belzer, Josh Sosland, Brooke Hardy and Stewart Stein on September 25, 2019 - $497.05 (*See* Invoice attached as Exhibit F).

7. Transcripts for the depositions of Debbie Siragusa and Crosby Kemper on September 3, 2019 - $849.50 (*See* Invoice attached as Exhibit G).

8. Transcript for the deposition of Lisa Morris on August 29, 2019 - $96.60 (*See* Invoice attached as Exhibit H).

9. Transcript for the deposition of Captain Jason A. Asper on August 28, 2019 - $97.50 (*See* Invoice attached as Exhibit I).

10. Transcript for the deposition of Lauren Hoopes on July 25, 2019 - $384.30 (*See* Invoice attached as Exhibit J).

11. Transcript for the deposition of Lauren Hoopes on January 23, 2019 - $264.56 (*See* Invoice attached as Exhibit K).

12. Transcripts for the depositions of Cristin Allen, Anthony Rogers, Karl Oakman and Helen Burke on July 29, 2019 - $348.60 (*See* Invoice attached as Exhibit L).

13. Transcript for the deposition of Joshua Stein on July 23, 2019 - $321.85 (*See* Invoice attached as Exhibit M).

14. Transcript for the deposition of Lisa Pelofsky on July 16, 2019 – $126.00 (*See* Invoice attached as Exhibit N).

15. Transcripts for the depositions of Sgt. Michael Satter and Sgt. Robert Wynne on July 15, 2019 - $415.35 (*See* Invoice attached as Exhibit O).

16. Transcript for the deposition of Detective Michael Curley on June 18, 2019 - $244.90 (*See* Invoice attached as Exhibit P).

17. Transcripts for the depositions of Captain Donald Jantzen, Detective Matt Masters and Sgt. Ward Smith on June 13, 2019 - $254.10 (*See* Invoice attached as Exhibit Q).

18. Transcript for the deposition of Blair Hawkins on February 8, 2019 - $502.50 (*See* Invoice attached as Exhibit R).

19. Transcript for the deposition of Brent Parsons on February 11, 2019 - $388.00 (*See* Invoice attached as Exhibit S).

20. Transcript for the deposition of Kim Rausch on February 11, 2019 - $201.60 (*See* Invoice attached as Exhibit T).

21. Transcript for the deposition of Jermy Rothe-Kushel on February 7, 2019 - $1,596.75 (*See* Invoice attached as Exhibit U).

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Nicolas Taulbee*
Nicolas Taulbee
Missouri Bar Number 61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 889-5000
Facsimile: (816) 889-5006
Email: Nicolas.Taulbee@ago.mo.gov
*Attorneys for State Defendants*

## Certificate of Service

I hereby certify that on February 19, 2020, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Nicolas Taulbee*
Assistant Attorney General