

**Invoice INV1534808**

| | |
|---|---|
| Date | 8/8/2019 |
| Terms | Net 30 |
| Due Date | 9/7/2019 |

| | |
|---|---|
| Client Number | C3632814 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | Y53L 26127 |
| Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Assistant Attorney General - Kansas City
615 East 13th Street
Suite 401
Kansas City MO 64106

**Services Provided For**
Assistant Attorney General - Kansas City
Taulbee, Nicolas
615 East 13th Street
Suite 401
Kansas City MO 64106

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/26/2019 | J4270971 | Kansas City, MISSOURI | JEREMY ROTHE-KUSHEL VS. JEWISH COMMUNITY FOUND... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Greg McCarron | 149 | 2.75 | 409.75 |
| EXHIBITS W/TABS | Greg McCarron | 3 | 0.55 | 1.65 |
| EXHIBITS COLOR | Greg McCarron | 34 | 1.95 | 66.30 |
| CONDENSED TRANSCRIPT | Greg McCarron | 1 | 25.00 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Greg McCarron | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Greg McCarron | 1 | 45.00 | 45.00 |

| | |
|---|---|
| Subtotal | 597.70 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 633.20 |
| Amount Due | $633.20 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Assistant Attorney General - Ka... |
| Client # | C3632814 |
| Invoice # | INV1534808 |
| Invoice Date | 8/8/2019 |
| Due Date | 9/7/2019 |
| Amount Due | $ 633.20 |

**EXHIBIT A**

Case 4:18-cv-00319-BP   Document 246-1   Filed 02/19/20   Page 1 of 1